**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| DARREN LAMONT SEAWRIGHT, | : | |
| | | Civil Action No. 09-0753 (RBK) |
| Petitioner, | : | |
| | | |
| v. | : | **ORDER** |
| | | |
| A.P. BARGE, | : | |
| | | |
| Respondents. | : | **CLOSED** |

    For the reasons set forth in the Opinion filed herewith, IT IS on this  23rd  day of   March  , 2009,

    ORDERED that the Petition is DISMISSED WITHOUT PREJUDICE; and it is further

    ORDERED that no Certificate of Appealability shall issue; and it is further

    ORDERED that the Clerk of the Court shall close the Court's file in this matter.

                                                        s/Robert B. Kugler
                                                        Robert B. Kugler
                                                        United States District Judge